Carlos Makoto Taitano, State Bar No. 275820
 makoto@taitano.us.com
MFPR Roppongi Azabudai Bldg. 11th Floor
1-8-7 Roppongi
Minato-ku, Tokyo 106-0032 Japan
Telephone:   1 671 777 0581

Attorney for Requester
Kakao piccoma Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re DMCA Subpoena to<br><br>Cloudflare, Inc. | Case Number: 22-mc-80137<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

Requester Kakao piccoma Corp. (the "**Requester**") hereby requests that the Clerk of this Court issue a subpoena to Cloudflare, Inc. ("**Cloudflare**") requiring Cloudflare to identify the person that infringed upon copyrighted works of the Requester pursuant to 17 U.S.C. § 512(h).

As part of this request, the Requester herewith files the following documents required by § 512(h) for issuance of a subpoena:

1. a copy of the § 512(c)(3)(A) notification;
2. the proposed subpoena; and
3. a sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under Title 17 of the United States Code.

//
//

Having complied with the statutory requirements, the Requester respectfully requests that the Clerk expeditiously issue and sign the proposed subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to the undersigned for service upon Cloudflare.

Dated May 31, 2022.

                                             /s/   Carlos Makoto Taitano
                                      CARLOS MAKOTO TAITANO
                                      Attorney for Requester
                                      Kakao piccoma Corp.